IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD JACKSON,

    Plaintiff,

v.                                                            CASE NO. 4:22cv91-RH-MAF

CONGRESS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to pay the filing fee and failure to comply with court orders." The clerk must close the file.

SO ORDERED on May 23, 2022.

                    s/Robert L. Hinkle
                    United States District Judge